J-S24016-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| XAVIER LACOSTA-FRANCO, | : | |
| | : | |
| Appellant | : | No. 1195 MDA 2017 |

Appeal from the Judgment of Sentence, March 2, 2017,
in the Court of Common Pleas of Berks County,
Criminal Division at No(s):  CP-06-CR-0002791-2014.

BEFORE:  OLSON, J., KUNSELMAN, J., and MUSMANNO, J.

JUDGMENT ORDER BY KUNSELMAN, J.:           **FILED JUNE 04, 2018**

Xavier Lacosta-Franco appeals from his judgment of sentence.

The trial judge, in his 1925(a) Opinion, points out that, after Lacosta-Franco filed this appeal, his sentence became illegal when this Court decided ***Commonwealth v. Butler***, 173 A.3d 1212 (2017).  The trial court asks that we vacate and remand this matter to it for resentencing.  Trial Court Opinion, 1/18/18, at 9.

Accordingly, it is SO ORDERED.

Judgment of sentence vacated.  Case remanded.

Jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: <u>06/04/2018</u>